UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN K. SHAW, et al., | Case No. 8:18-02273 JLS (ADSx) |
| Plaintiffs, | |
| v. | ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |
| ULTIMATE FRANCHISES, et al., | |
| Defendants. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings and all the records and files herein, including the Report and Recommendation ("R&R") dated August 25, 2020 [Dkt. No. 148], of the assigned United States Magistrate Judge. No objections to the Report and Recommendation were filed, and the deadline for filing such objections has passed.

Accordingly, IT IS HEREBY ORDERED:

1. The United States Magistrate Judge's Report and Recommendation, [Dkt. No. 148], is accepted;

2. Plaintiffs' Motions for Sanctions against Loretta Hwong Griffiths and W. Scott Griffiths [Dkt. Nos. 73, 74] are granted;

3. Loretta Hwong Griffiths' and W. Scott Griffiths' answers are stricken; and

4. Default is entered against Loretta Hwong Griffiths and W. Scott Griffiths.

DATED:   September 25, 2020

_____
THE HONORABLE JOSEPHINE L. STATON
United States District Judge