UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN K. SHAW, an individual; MIDORI G. SHAW, an individual and SHIPSHAPE COLLECTIVE OF FITCHBURG, LLC, a Wisconsin limited liability company,<br><br>   Plaintiffs,<br><br> vs.<br><br>ULTIMATE FRANCHISES, INC., a California corporation; ULTIMATE BRANDS, INC., a California corporation; 2ULITIMATEBRANDS, a California corporation; W. SCOTT GRIFFITHS, an individual; LORETTA HWONG GRIFFITHS, an individual; RON LOVE, an individual and BRIGITTE LOVE THEWES, an individual,<br><br>   Defendants. | Case No.: 8:18-cv-02273-JLS-ADS<br>JUDGE JOSEPHINE L. STATON<br><br>**FINAL STIPULATED JUDGMENT RE DEFENDANT LOVE** |

/ / /

/ / /

- 1 -

**STIPULATED FINAL JUDGMENT RE DEFENDANT RON LOVE**

Plaintiffs John K. Shaw, Midori G. Shaw, Shipshape Collective of Fitchburg, LLC (collectively, "Plaintiffs") have brought this action against ULTIMATE FRANCHISES, INC., ULTIMATE BRANDS, INC., 2ULTIMATE BRANDS, INC., W. SCOTT GRIFFITHS, LORETTA HWONG GRIFFITHS, RON LOVE ("Love"), and BRIGITTE LOVE THEWES. Plaintiffs have settled their claims against Love pursuant to a written settlement agreement and have stipulated to entry of this Judgment.

JUDGMENT IS HEREBY ENTERED as follows:

1. Judgment is entered against Defendant Ron Love and in favor of Plaintiffs in the amount of $100,000.

2. This Judgment shall not be considered or used as an admission, concession, or declaration by or against Defendants, of any liability, wrongdoing, or responsibility on the part of Love, which liability, wrongdoing, or responsibility is expressly denied by Love.

3. Plaintiffs and Love shall each bear their own costs and attorney fees incurred in this action.

DATED: August 13, 2021

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE