JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN K. SHAW, an individual; MIDORI G. SHAW, an individual and SHIPSHAPE COLLECTIVE OF FITCHBURG, LLC, a Wisconsin limited liability company,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>ULTIMATE FRANCHISES, INC., a California corporation; et al,<br><br>　　　　Defendants. | Case No.: 8:18-cv-02273-JLS-ADS<br><br>**ORDER OF DISMISSAL OF LORETTA HWONG GRIFFITHS, BRIGETTE E. THEWES, AND ULTIMATE FRANCHISES, INC.** |

# ORDER

Pursuant to the Request made by Plaintiffs under Fed. R. Civ. P. 41(a)(2) (Doc. 245), IT IS ORDERED THAT THE ABOVE-ENTITLED ACTION BE, AND HEREBY IS, DISMISSED as to all claims against remaining Defendants Loretta Hwong Griffiths, Brigette E. Thewes, and Ultimate Franchises, Inc.

Nothing in this Order affects or alters judgments previously entered in the above-entitled action against other Defendants.

Date: July 17, 2022

HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE